United States District Court
Southern District of Texas
ENTERED

JUN 1 4 2010

David J. Bradley, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. B-09-1419 |
| | § | |
| VIOLETA DEL ANGEL-PEREZ | § | |

## ORDER

BE IT REMEMBERED on this __14__ day of __June__, 20__10__, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed March 16, 2010, wherein the defendant Violeta Del Angel-Perez waived appearance before this Court and appeared before the United States Magistrate Judge Ronald G. Morgan for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Violeta Del Angel-Perez to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. The Court finds the defendant Violeta Del Angel-Perez guilty of the offense of alien unlawfully being present in the United States after having been deported, in violation of 8 U.S.C. 1326(a).

SIGNED this the __14__ day of __June__, 20__10__.

_____
Hilda G. Tagle
United States District Judge